UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YEHUDY JESUS HERNANDEZ SERRANO,

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE ANNEX,

        Respondent.

No.  1:26-cv-00817-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 13, 2026, Respondent was ordered to file a response to the petition within 21 days. See ECF No. 6. Over 21 days have elapsed, and Respondent has not filed a response. Accordingly, Respondent is ordered to show cause within three days of this order why the Court should not recommend granting the petition.  Petitioner shall have 7 days from the date of Respondent's filing to file a response.

SO ORDERED.

Dated:  March 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1