UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YEHUDY JESUS HERNANDEZ SERRANO,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX,

Respondent.

No.  1:26-cv-00817-DAD-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENT'S MOTIONS TO DISMISS

(Doc. Nos. 13, 15, 16)

Petitioner Yehudy Jesus Hernandez Serrano is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondents' motion to dismiss (Doc. No. 13) be denied.  (Doc. No. 15.)  Specifically, the magistrate judge found that petitioner was not properly detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and that release was the appropriate remedy.  (*Id.* at 2–5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)  Respondent has not filed objections and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on May 29, 2026 (Doc. No. 15) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Yehudy Jesus Hernandez Serrano, A-File No. 246-809-290, from respondent's custody and to return any of petitioner's documents currently in respondent's possession;

    b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;

3.    Respondent's motion to dismiss (Doc. No. 13) is DENIED;

4.    Petitioner's motion for order to show cause (Doc. No. 16) is DENIED as moot;

5.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

6.    The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:  **June 25, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2